# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00909-CR

**The State of Texas, Appellant**

**v.**

**David Uhrich, Appellee**

---

### FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
### NO. 16732, THE HONORABLE CARSON TALMADGE CAMPBELL, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

The State filed a notice of appeal from the trial court's order granting the motion to suppress filed by the defendant, David Uhrich. Uhrich's attorney has now filed a suggestion of death, notifying this Court that Uhrich has died. Because Uhrich died prior to the disposition of this appeal, all the issues in this appeal have become moot, and we must dismiss the appeal. *State v. McCafferty*, 76 S.W.3d 392, 392-93 (Tex. Crim. App. 2002); *cf.* Tex. R. App P. 7.1(a)(2) (providing that if appellant in criminal case dies during the appeal, appellate court must permanently abate the appeal).

_____

Chari L. Kelly, Justice

Before Chief Rose, Justices Baker and Kelly

Dismissed for Want of Jurisdiction

Filed:   October 23, 2020

Do Not Publish